IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB KOJO AMENUVOR, EN-4520,<br>    Petitioner, | )<br>)<br>) |
| v. | )   2:11-cv-0651<br>) |
| WARDEN JOSEPH MAZURKIEWICL,<br>    Respondent. | )<br>)<br>) |

## JUDGMENT

AND NOW, this 21st day of March, 2012, pursuant to Rule 58 F.R.Civ.P. judgment is hereby entered in favor of the respondents and against the petitioner.

The parties are advised that pursuant to Rule 4(a) F.R.App.P any party desiring to file an appeal must do so within thirty (30) days of this date.

s/ Robert C. Mitchell<br>
United States Magistrate Judge